FILED

11/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0077

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0077

_____

The ESTATE OF JEREMY NORBY through
LORILEE NORBY as Personal
Representative,

     Plaintiff and Appellant,

  v.

ORIN PETE COUNCIL, M.D. and
O. PETE COUNCIL, M.D., P.C.,

     Defendants and Cross-Appellants.

O R D E R

_____

This Court reviews briefs to ensure compliance with Rules 10, 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on November 4, 2024, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 12(1)(i) provides that an appellant's opening brief shall contain an appendix that includes the relevant judgment, orders, findings of fact, conclusions of law, jury instructions, rulings, or decisions from which the appeal is taken, "and those pages of the transcript containing an oral ruling in support." Appellant's opening does not contain an appendix. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that pursuant to the Temporary Electronic Filing Rule 12(a)(4) the seven paper copies of the Appellant's Opening brief must comply with Rule 12(1)(i), M. R. App. P., including copies of the orders and judgments from which the appeal is taken;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
November 5 2024